CHICAGO, BURLINGTON & QUINCY R. R. CO., PLAINTIFF IN ERROR, V. SCHOOL DISTRICT NUMBER ONE, OF CASS COUNTY, DEFENDANT IN ERROR.

ERROR to the district court for Cass county.   Tried below before APPELGET, J., sitting for CHAPMAN, J.

*Marquett & Deweese,* for plaintiff in error.

*Allen Beeson (Covell & Polk* with him), for defendant in error.

REESE, CH. J.

The issues of law and of fact presented in this case, upon the controlling question, are the same as in *Cass County v. C., B. & Q. Railroad Company,* decided at the present term of this court.

As it is deemed unnecessary to examine the question presented, it must be sufficient to say that the conclusion reached in this case is the same as in that; the judgment of the district court being in favor of defendant in error, it is affirmed.

JUDGMENT AFFIRMED.

THE other judges concur.